B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Florida

In re   **Olin Construction Company, Inc.**                                    Case No.   **08-40084**
                                           Debtor(s)                           Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the schedules, consisting of __2__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **February 28, 2008**                    Signature   **/s/ Olin Granthum**
                                                            **Olin Granthum**
                                                            **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                         18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   Olin Construction Company, Inc.                    ,   Case No.   08-40084
                                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 355000489102<br><br>Ameris Bank<br>P.O. Box 963<br>Tifton, GA 31793 | | - | 2007<br>properties and cost deficiency | | | | 133,555.18 |
| Account No. 7383552250<br><br>Capital City Bank<br>P.O. Box 900<br>Tallahassee, FL 32302 | | - | 2007<br>real property short sale | | | | 68,000.00 |
| Account No. none<br><br>Lonnie Meirer and Linda Humphries<br>351 Sikinab Dairy Road<br>Quincy, FL 32352 | | - | 2007<br>Arbitration Award | | | | 39,554.29 |
| Account No.<br><br>Moore Bass Consulting<br>902 North Gadsden Street<br>Tallahassee, FL 32303 | | - | Contingent Claim work performed<br>ADD CREDITOR | | | | 1.00 |

_1_  continuation sheets attached

Subtotal (Total of this page)   241,110.47

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:29751-080129   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Olin Construction Company, Inc.  ,   Case No.   08-40084
                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> Olin Grantham <br> 2600 Lucerne Drive <br> Tallahassee, FL 32303 | | - | 2006/2007 <br> loan | | | | 422,000.00 |
| Account No. <br> Olin Properties, Inc. <br> P.O. Box 180190 <br> Tallahassee, FL 32318 | | - | 2006/2007 <br> Loan | | | | 337,869.98 |
| Account No. <br> Wakula Bank <br> P.O. Box 610 <br> Crawfordville, FL 32326 | | - | 2006 <br> line of credit | | | | 20,635.05 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __1__ of __1__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  780,505.03

Total (Report on Summary of Schedules)  1,021,615.50

OLIN CONSTRUCTION, INC.
CASE NO.: 08-40084-LMK

## AMENDED MATRIX

Moore Bass Consulting, Inc
805 North Gadsden Street
Tallahassee, FL 32303