# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

IN RE:                                                                               CASE NO.: 08-40084-LMK

**OLIN CONSTRUCTION COMPANY, INC.**         **CHAPTER 11**

    **Debtor.**

_____/

## DEBTORS MOTION FOR RELIEF FROM STAY

COMES NOW the Debtor, by and through undersigned counsel, and pursuant to 11 USC Section 362, moves this Court for its Order Granting Relief from Stay in order for the Debtor to prosecute State Court Litigation and in support thereof would show:

1. That prior to the filing of the initial pleadings in the above style bankruptcy proceedings, the Debtor was in the process of prosecuting a State Court negligence action in Circuit Case No.: 07-1101-CA, Leon County Florida, Olin Construction Company, Inc. vs. Moore Bass Consulting, Inc, Sean Shanks, PE and Edward N. Bass, III, PE and their counter claim.

2. The case law suggests that the further prosecution of this action without Relief from Stay by the above styled bankruptcy court would be a tactic violation of the automatic stay provided by section 362 of the Bankruptcy Code.

3. That no party in interest would be prejudiced by the Court's entry of an Order Granting Relief from Stay to the Debtor and the State Court Defendants to pursue the litigation and Counter Claim, to liquidate the claim.

WHEREFORE it is respectfully requested this Court entertain this Motion and

Grant the above requested Relief from Stay to allow Debtor to pursue its State Court Litigation.

Submitted this 6th day of March, 2008.

/S/ Thomas B. Woodward
Attorney for the Debtor
FL Bar No.: 0185506
P.O. Box 10058
Tallahassee, FL 32302
850-222-4818

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon: The office of the U.S. Trustee, by electronic filing and Thomas J. Guilday, Esquire at P.O. Box 12500, Tallahassee, FL 32317 and Moore Bass Consulting, Inc., Sean Shank, PE and Edward N. Bass, III, PE at 805 N. Gadsden Street, Tallahassee, FL 32303 this 6th day of March, 2008.

/S/ Thomas B. Woodward