**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:                                                                  CASE NO.: 08-40084-LMK

**OLIN CONSTRUCTION COMPANY, INC.**          CHAPTER 11

    **Debtor.**
_____/

## APPLICATION TO EMPLOY SPECIAL ATTORNEY

The application of Olin Construction Company, Inc., and respectfully represents:

1. The Debtor filed a petition herein under chapter 11 of Title 11 United States Code on February 13, 2008.

2. The Debtor had been engaged in business.

3. The Debtor, as Debtor-in-Possession, wishes to employ Elwin R. Thrasher, Jr., as special counsel under a general retainer (see agreement attached hereto as Exhibit A) to pursue the Debtor's pending state court action in State Court Case No.: 07-1101-CA.

4. The applicant has selected Elwin R. Thrasher, Jr., for the reason that he has gained experience of the Debtors' State court litigation and the Debtor believes that said attorney is well qualified to represent the Debtor, as Debtor-in-Possession, in those proceedings. Furthermore, it is necessary for the Debtor, as Debtor-in-Possession, to employ an attorney for such special services.

5. To the best of the Debtors' knowledge, Elwin R. Thrasher, Jr., has no connection with the Debtor, the creditors, or any other party in interest, or its respective attorney, other than acting as Debtors attorney, pre-petition, in State court litigation against Moore Bass Consulting Inc. and others and previous corporate matters..

6.      No party in interest has requested the appointment of a Trustee, thus no notice of this application need be given and no hearing thereon need be held because of the presumption accorded the Debtor-in-Possession pursuant to 11 U.S.C. Section 1107 (b).

WHEREFORE, your applicant prays that Debtor be authorized to employ Elwin R. Thrasher, Jr., as special attorney, under general retainer, to represent the Debtor, as Debtor-in-Possession, in the referenced State Court proceedings and said Debtor have such other further relief as is just.

DATED this 6th day of March, 2008.

/S/ Olin Granthum
President
Olin Construction Company, Inc.

/S/ Thomas B. Woodward
Thomas B. Woodward
Attorney for Debtor
FL Bar No.: 0185506
P.O. Box 10058
Tallahassee, FL 32302
850-222-4818

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon U.S. Trustee by electronic filing this 6th day of March, 2008.

/s/ Thomas B. Woodward