UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                                       CASE NO.: 08-40084-LMK

OLIN CONSTRUCTION COMPANY, INC.      CHAPTER 11

Debtor.
_____/

## AFFIDAVIT OF PROPOSED SPECIAL ATTORNEY

STATE OF FLORIDA

COUNTY OF LEON

**BEFORE ME,** the undersigned Notary Public personally came and appeared ELWIN R.THRASHER, JR., who after being duly sworn, did depose and state:

1. That I am an attorney duly admitted to practice in the State of Florida and before the United States District Court of the Northern District of Florida. That I maintain a law practice at 210 West College Avenue, Tallahassee, Florida 32301.

2. That at no time prior to the filing of the above Chapter 11 proceedings have I represented the Debtor, other than in current litigation against Moore Bass Consulting, Inc. and others.

3. That at no time have I consulted with nor worked with another attorney representing the Debtor other than co- counsel in the referenced litigation, Ken W. Davis either prior to or subsequent to filing of the Debtors' Chapter 11 proceedings, as captioned above other than on behalf of the Debtor.

4. Neither prior to nor subsequent to filing of the above Chapter 11 proceedings had I represented nor have I conferenced with or represented any attorney representing any of the creditors of the Debtor with respect to the Debtor other than in the above referenced litigation.

5. That I have no connection with any creditor or any other party of interest or their respective attorneys with respect to the above-referenced bankruptcy, except that I do in fact represent the Debtor and have represented the above-referenced Debtor in the preparation and filing of the above referenced litigation.

6. That to my knowledge and belief I represent no adverse interest to the Debtor as Debtor-in-Possession herein, or to the Debtors' estate other than the representation of the Debtor in state court litigation.

_____
Elwin R. Thrasher, Jr.

SWORN TO AND SUBSCRIBED before me this 10th day of March, 2008, by Elwin R. Thrasher, Jr. who is personally known to me, or produced a valid state driver's license, and who did/~~did not~~ take an oath.

_____
NOTARY PUBLIC, State of Florida
My Commission Expires:

Thomas B. Woodward
Commission # DD484708
Expires October 23, 2009
Bonded Troy Fain Insurance Inc 800-385-7019

2