UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                            CASE NO.: 08-40084-LMK

OLIN CONSTRUCTION COMPANY, INC.       CHAPTER 11

    Debtor.
_____/

## CORRECTED APPLICATION TO EMPLOY SPECIAL ATTORNEY

The application of Olin Construction Company, Inc., and respectfully represents:

1. The Debtor filed a petition herein under chapter 11 of Title 11 United States Code on February 13, 2008.

2. The Debtor had been engaged in business.

3. The Debtor, as Debtor-in-Possession, wishes to employ Elwin R. Thrasher, Jr., as special counsel under a general retainer (see agreement attached hereto as Exhibit A) to pursue the Debtor's pending state court action in State Court Case No.: 07-1101-CA.

4. The applicant has selected Elwin R. Thrasher, Jr., for the reason that he has gained experience of the Debtors' State court litigation and the Debtor believes that said attorney is well qualified to represent the Debtor, as Debtor-in-Possession, in those proceedings. Furthermore, it is necessary for the Debtor, as Debtor-in-Possession, to employ an attorney for such special services.

5. To the best of the Debtors' knowledge, Elwin R. Thrasher, Jr., has no connection with the Debtor, the creditors, or any other party in interest, or its respective attorney, other than acting as Debtors attorney, pre-petition, in State court litigation against Moore Bass Consulting Inc. and others and previous corporate matters..

6. No party in interest has requested the appointment of a Trustee, thus no notice of this application need be given and no hearing thereon need be held because of the presumption accorded the Debtor-in-Possession pursuant to 11 U.S.C. Section 1107(b).

WHEREFORE, your applicant prays that Debtor be authorized to employ Elwin R. Thrasher, Jr., as special attorney, under general retainer, to represent the Debtor, as Debtor-in-Possession, in the referenced State Court proceedings and said Debtor have such other further relief as is just.

DATED this 10th day of March, 2008.

/S/ Olin Granthum
President
Olin Construction Company, Inc.

/S/ Thomas B. Woodward
Thomas B. Woodward
Attorney for Debtor
FL Bar No.: 0185506
P.O. Box 10058
Tallahassee, FL 32302
850-222-4818

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon U.S. Trustee by electronic filing this 10th day of March, 2008.

/s/ Thomas B. Woodward

## CONTRACT OF EMPLOYMENT

Olin Construction Company, Inc. hereinafter called "Client", retains and employs Elwin R. Thrasher, Jr., Attorney at Law, 908 North Gadsden Street, Tallahassee, Florida, (herein "Attorney")as the Client's attorney in connection with the following matter:

A suit against Moore Bass Consulting, Inc., Edward Bass, III PE and Shawn Shanks, PE., for recovery of damages, sustained as the result of a breach of contract for professional service, professional negligence, and misrepresentation.

It is understood and agreed that the Attorney shall have and receive the following for his services:

1. For all time spent on this action Attorney shall be compensated at a rate of $300.00 per hour, which shall be billed and paid by the Client monthly.

3. The Client is to be responsible for and pay all costs incurred in this action, including but not limited to expenses for photocopying, long distance telephone calls, fax, postage, photographs, witness fees and mileage, court costs, private investigators, expert witnesses, travel, scientific tests, etc. Client shall make cost deposits as requested by Attorney and/or pay all costs on a monthly basis at Attorney's option. Any amount of cost deposit remaining at the conclusion of this representation shall be applied in payment of the balance of fee due.

4. If this case be settled in a manner other than a contested trial, no part of the fee is to be returned. Should the services of the undersigned Attorney be terminated, no part of the fee is to be returned.

5. This employment agreement does not include any services for appeal of the above case to an appellate court. Should an appeal be necessary, a charge will be agreed upon by the parties at that time.

7. Attorney in his discretion and upon notice given to the Client may employ experts to investigate and/or evaluate facts pertinent to the cause of action and to provide opinions and/or testimony. Fees charged by such experts shall be paid by Client.

8. Client agrees to assist Attorney in the representation by responding in a timely manner to all requests for information, documentation and other matters of inquiry made by Attorney.

9. Attorney is hereby given a lien on the claim or cause of action, on any sum recovered by way of settlement and on any judgment that may be recovered for unpaid fees and costs as set forth above.

10. It is acknowledged by Client that Attorney has made no promises or guarantees as to the outcome of the case. The Attorney does, however, agree to exert his best efforts at all times on behalf of the Client in preparation, trial or anything necessary to be done to fully prosecute the action.

11. Client acknowledges receipt of a copy of this agreement which comprises the entire agreement between the Attorney and the Client.

DATED at Tallahassee, Florida, on this 18th day of April, 2007.

Elwin R. Thrasher, Jr.
Attorney at Law

Olin Construction Company, Inc.
By Olin Granthum, its President

EXHIBIT A