UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

OLIN CONSTRUCTION
COMPANY, INC.,

CASE NO. 08-40084-LMK
CHAPTER 11

DEBTOR.

_____

## CONSENT MOTION OF WAKULLA BANK FOR RELIEF FROM STAY

**COMES NOW**, the Debtor and Creditor, Wakulla Bank ("Creditor"), and hereby stipulate that Creditor is a secured creditor of Debtor, with a perfected lien. Creditor is owed over $2,000,000.00 on Loan #0410067391, which is secured by a mortgage on certain real property located in Franklin County, Florida. The parties are in agreement that Creditor is entitled to relief from the automatic stay of 11 U.S.C. §362(a) pursuant to 11 U.S.C. §362(d) and in support thereof state:

1. Debtor intends to surrender to Creditor the real property acting as collateral.

2. The parties agree Creditor is entitled to relief from the automatic stay to sell the collateral, and the Debtor has consented to Creditor obtaining relief from the automatic stay.

**WHEREFORE**, by signature of the undersigned counsel, the Debtor and Wakulla Bank consent to the entry of an Order granting Movant relief from the automatic stay.

Consented on behalf of Debtor by:

Dated: 3-19-08
Thomas B. Woodward
Florida Bar No. 0185506
Thomas B. Woodward Law Firm
P.O. Box 10058
Tallahassee, Florida 32302
Phone: (850) 222-4818
Fax: (850) 561-3456

Consented on behalf of Wakulla Bank by:

Dated: 3/16/08
Ronald A. Mowrey
Florida Bar No. 0122006
Mowrey & Biggins, P.A.
515 North Adams Street
Tallahassee, Florida 32301
Phone: (850) 222-9482
Fax: (850) 561-6867

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished either electronically or by U.S. mail to all parties of interest, this 20th day of March, 2008.

/s/ Ronald A. Mowrey
RONALD A. Mowrey

J:\OPEN\WB\Olin Const - Olin Grantham\Pleadings\Consent motion for relief from stay.wpd