UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

OLIN CONSTRUCTION
COMPANY, INC.,

CASE NO. 08-40084-LMK

CHAPTER 11

    Debtor.
_____/

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

**THIS MATTER** came before the Court upon secured creditor, Wakulla Bank's Consent Motion for Relief from Stay filed herein on March 20, 2008.

Having reviewed the motion and finding good cause exists to grant Wakulla Bank's request, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Consent Motion for Relief from Stay filed March 20, 2008, is hereby GRANTED.

2. Wakulla Bank is authorized to continue to exercise its right to foreclose the mortgage based on the outstanding debt to Wakulla Bank, and authorized to take all the necessary action to protect its interest in certain real property more particularly described as follows:

**Lots 1 through 18, Block 46 (Old Block 25) Kellys Plat of the City of Carrabelle, as per map or plat thereof recorded in Plat Book 2, Page 20, of the Public Records of Franklin County, Florida.**

3. This Order is entered that relief be in rem and that Wakulla Bank shall not be entitled to seek or obtain personam relief against the debtors herein.

**DONE AND ORDERED** in Chambers at Tallahassee, Florida, this 24th day of March, 2008.

_____
LEWIS M. KILLIAN, JR.
BANKRUPTCY COURT JUDGE

**PREPARED BY:**

MOWREY & MITCHELL, P.A.
515 North Adams Street
Tallahassee, Florida 32301
(850) 222-9482

-2-