UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                                    CASE NO.: 08-40084-LMK

OLIN CONSTRUCTION COMPANY, INC.          CHAPTER 11

    **Debtor.**
_____/

## ORDER ON DEBTORS MOTION FOR RELIEF FROM STAY

THIS CAUSE came before the Court upon the Motion of the Debtor for Relief from Stay to pursue liquidation of its currently pending state court litigation against Moore Bass Consulting, Inc. and others, no responses having been filed, the Court having reviewed the pleadings and being otherwise advised in the premises, it is therefore

ORDERED AND ADJUDGED that Debtor's Motion for Relief from Stay for the purpose of finalizing its state court litigation against Moore Bass Consulting, Inc. and others, is hereby granted.

DONE AND ORDERED this 1st day of April, 2008.

_____
Lewis M. Killian, Jr.
United States Bankruptcy Judge

Copies to:
Office of the United States Trustee
Thomas B. Woodward, Esquire
Thomas J. Guilday, Esq.
Moore Bass Consulting, Inc.
Sean Shank, PE
Edward N. Bass, PE