UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                               CASE NO.: 08-40084-LMK

**OLIN CONSTRUCTION CO., INC.,**                     **Chapter 11**

**Debtor.**
_____/

## AFFIDAVIT OF PROPOSED APPRAISER

**STATE OF FLORIDA**

**COUNTY OF LEON**

**BEFORE ME,** the undersigned Notary Public, personally came and appeared CLAY B. KETCHAM, President of Ketcham Appraisal Group, Inc., who after being duly sworn, did depose and state:

1. That I am a duly qualified appraiser in the State of Florida and President of Ketcham Appraisal Group, Inc.

2. That I maintain offices at 1203 Thomasville Road, Tallahassee, Florida, Leon County.

3. That at no time prior to the filing of the above Chapter 11 proceedings have I represented the Debtor, other than in preliminary preparation of an appraisal of Debtor's Commercial real property known as Fish Tails, and located in Carrabelle, Florida.

4. That at no time have I consulted with nor worked with another attorney

representing the Debtors either prior to or subsequent to filing of the Debtors' Chapter 11 proceedings, as captioned above other than on behalf of the Debtor.

5. Neither prior to nor subsequent to filing of the above Chapter 11 proceedings had I represented nor have I conferenced with or represented any attorney representing any of the creditors of the Debtor with respect to the Debtor.

6. That I have no connection with any creditor or any other party of interest or their respective attorneys with respect to the above-referenced bankruptcy, except that I do in fact represent the Debtor and have represented the above-referenced Debtor in the preparation of an appraisal report on its Fish Tails real property..

7. That to my knowledge and belief I represent no adverse interest to the Debtor as Debtor-in-Possession herein, or to the Debtors' estate other than the representation of the Debtor in these proceedings.

Clay B. Ketcham
President, Ketcham Appraisal Group, Inc.

SWORN TO AND SUBSCRIBED before me this 11th day of June, 2008 by Ketcham, who is personally known to me, and who did/did not take an oath.

NOTARY PUBLIC, State of Florida

My Commission Expires:



ADRIANNE BROWN
Commission DD 622522
Expires February 12, 2011
Bonded Thru Troy Fain Insurance 800-385-7019