**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:                                               CASE NO.: 08-40084-LMK

**OLIN CONSTRUCTION CO., INC.**              **Chapter 11**

        **Debtor.**
_____/

### ORDER AUTHORIZING EMPLOYMENT OF APPRAISER

        Upon the application of the Debtor-in-Possession, pursuant to 11 U.S.C. Section 327(a), to employ Ketcham Appraisal Group, Inc. as Appraiser in this case, it appearing that no notice or hearing should be given and no adverse interest being represented, and it further appearing that employment of the above attorney(s) is necessary and in the best interest of the estate, it is:

        **ORDERED** that the Debtor-in-possession is hereby authorized to employ Ketcham Appraisal Group, Inc. as Appraiser herein subject to the provisions of the 11 U.S.C. Section 328, 329, 330, and 331.  The Debtor-in Possession shall not hereafter disburse any monies or transfer any property to the above appraisal firm in satisfaction of fees incurred during this case except upon further order of this court.

        DONE AND ORDERED at Tallahassee, Florida this 24 day of June, 2008.

                                        _____
                                        Lewis M. Killian, Jr.
                                        Bankruptcy Judge