FORM onadscl

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

---

In Re:  Olin Construction Company, Inc.            Bankruptcy Case No.:   08–40084–LMK
      Tax ID: 59–2745290
        Debtor

                                                  Chapter:  11
                                                  Judge:  Lewis M. Killian Jr.

---

### *AMENDED ORDER APPROVING DISCLOSURE STATEMENT, SCHEDULING CONFIRMATION HEARING, AND FIXING TIME FOR FILING ACCEPTANCE OR REJECTION OF PLAN*

    A disclosure statement having been filed by the debtor, and it having been determined after hearing on notice that the disclosure statement contains adequate information within the meaning of 11 U.S.C. § 1125, it is **ORDERED** and **NOTICE** is hereby given that:

    1. The disclosure statement filed by the debtor on August 4, 2008 , is approved.
    2. October 6, 2008 , is fixed as the last day for filing written acceptances or rejections of the plan referred to above.
    3. On or before September 9, 2008 , the plan of reorganization, the disclosure statement, ballot for accepting or rejecting the plan, and this Order approving the disclosure statement shall be transmitted by mail by the attorney for the proponent of the plan sought to be confirmed to creditors, equity security holders and other parties in interest as provided in Federal Rules of Bankruptcy Procedure 3017(d), and shall promptly certify such mailing to the Court.
    4. A confirmation hearing will be held at 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301 on October 9, 2008 at 01:30 PM .
    5. Any objections to confirmation shall be filed and served five (5) days before the date set forth in paragraph 4 and shall be governed by Federal Rules of Bankruptcy Procedure.

***Reason amended:***

      to include date/time/location of hearing

    ***DONE AND ORDERED*** at Tallahassee, Florida, August 19, 2008 .

                                              /s/ Lewis M. Killian Jr.
                                              Lewis M. Killian Jr.
Service to:                                U.S. Bankruptcy Judge
    All creditors and parties in interest