UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                                    CASE NO.: 08-40084-LMK

OLIN CONSTRUCTION CO., INC.,                              Chapter 11

    Debtor.
_____/

## NOTICE OF FILING PLAN (BALLOT) VOTE AND SUMMARY

Notice is hereby given of the Debtor's filing of its Plan (Ballot) Vote, Summary and Ballots as attached hereto this 7th day of October, 2008.

/S/ Olin Granthum                         /S/ Thomas B. Woodward
Olin Construction Co., Inc.               Attorney for Debtor
                                                FL Bar No.: 0185506
                                                P.O. Box 10058
                                                Tallahassee, FL 32302
                                                (850) 222-4818

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon: the U.S. Trustee, by electronic filing this 7th day of October, 2008.

                                                             /S/ Thomas B. Woodward

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                         CASE NO.: 08-40084-LMK

OLIN CONSTRUCTION CO., INC.        Chapter 11

      Debtor.
_____/

CHAPTER 11- VOTE ON PLAN

DEBTOR: Olin Construction Co., Inc.
CASE NUMBER: 08-40084-LMK
LAST DATE FOR BALLOTS: 10-6-08
DATE OF HEARING TO TABULATE VOTE: 10-9-08

| Name of Creditors and Class Number | Amount of Claim | Claim Number | Accept | Reject |
|---|---|---|---|---|
| Lonnie Meirer & Linda Humphries Class IV | $40,589.82 | 5 | X | |
| DeSota & Associates Class IV | $38,005.00 | | X | |
| Moore Bass Consulting, Inc. Class IV | $1.00 | | | X |

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                              CASE NO.: 08-40084-LMK

OLIN CONSTRUCTION CO., INC.                         Chapter 11

    Debtor.
_____/

CHAPTER 11- VOTE ON PLAN

DEBTOR: Olin Construction Co., Inc.
CASE NO.: 08-40084-LMK

SUMMARY

CLASS IV (impaired)

| | |
|---|---:|
| TOTAL NUMBER OF CLAIMS VOTING: | 3 |
| TOTAL NUMBER OF CLAIMS ACCEPTING: | 2 |
| TOTAL DOLLAR AMOUNT OF CLAIMS VOTING: | $78,595.82 |
| TOTAL DOLLAR AMOUNT OF CLAIMS ACCEPTING: | $78,594.82 |

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE: OLIN CONSTRUCTION     CASE NO 08-40084-LMK
COMPANY, INC.
                             CHAPTER 11
Debtors.
_____/

## BALLOTS FOR ACCEPTING OR REJECTING
## DEBTOR'S PLAN OF REORGANIZATION

The Debtor's Amended Plan of Reorganization ("Plan) filed by Olin Construction Company, Inc can be confirmed by the Court and hereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in numbers of claims in each class, who have voted. In the event that requisites acceptance are not obtained, the Court may nevertheless confirm the "Plan" if the Court finds that the "Plan" accords fair and equitable treatment to the class rejecting it. To have your vote counted, you must complete and return this ballot to:

Thomas B. Woodward, Esq.
Post Office Box 10058
Tallahassee, FL 32302

All ballots must be received by 5:00 p.m. (E.S.T.) on October 6, 2008. Any ballot received after this time will not be counted.

The undersigned, a creditor of Olin Construction Company, Inc, and holder of a Class IV unsecured claim in the unpaid principle of $1.00 hereby: ____ accepts or __X__ rejects the Debtor's Plan of Reorganization.

Dated this 6th day of October, 2008.

Moore Bass Consulting, Inc.
By:
Its:
Address: 805 N. Gadsden St.
         Tallahassee, FL 32303

*Marilyn M Strange*

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE: OLIN CONSTRUCTION            CASE NO 08-40084-LMK
COMPANY, INC.
                                    CHAPTER 11
    Debtors.
_____/

### BALLOTS FOR ACCEPTING OR REJECTING
### DEBTOR'S PLAN OF REORGANIZATION

The Debtor's Amended Plan of Reorganization ("Plan) filed by Olin Construction Company, Inc can be confirmed by the Court and hereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in numbers of claims in each class, who have voted. In the event that requisites acceptance are not obtained, the Court may nevertheless confirm the "Plan" if the Court finds that the "Plan" accords fair and equitable treatment to the class rejecting it. To have your vote counted, you must complete and return this ballot to:

    Thomas B. Woodward, Esq.
    Post Office Box 10058
    Tallahassee, FL 32302

All ballots must be received by 5:00 p.m. (E.S.T.) on October 6, 2008. Any ballot received after this time will not be counted.

The undersigned, a creditor of Olin Construction Company, Inc, and holder of a Class IV unsecured claim in the unpaid principle of $38,005.00 hereby: ✓ accepts or ___ rejects the Debtor's Plan of Reorganization.

*+ INT. AS PER CONTRACT FOR SERVICES.*

Dated this **15** day of **SEPT.**, 2008.

                                    DeSota & Associates
                                    By:
                                    Its:
                                    Address: 1406 Lloyd's Cove Road
                                    Tallahassee, FL 32312

                                    [signature] P.E.S.
                                    DeSoto & Assoc. Architects, Inc.

[Handwritten marginal note, right side:]
DeSoto Assoc de Soto & Assoc.. Architects, Inc. is considered either as a "secured creditor" or as "unsecured creditor" in that DeSoto & Assoc., Architects, Inc. L was:

1) Position for payment, since DeSoto & Assoc., Architects, Inc. was timely filing for OC. fees & interest.

9/15/08
[signature]

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE: OLIN CONSTRUCTION
COMPANY, INC.

CASE NO 08-40084-LMK

CHAPTER 11

Debtors.
_____/

## BALLOTS FOR ACCEPTING OR REJECTING
## DEBTOR'S PLAN OF REORGANIZATION

The Debtor's Amended Plan of Reorganization ("Plan) filed by Olin Construction Company, Inc can be confirmed by the Court and hereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in numbers of claims in each class, who have voted. In the event that requisites acceptance are not obtained, the Court may nevertheless confirm the "Plan" if the Court finds that the "Plan" accords fair and equitable treatment to the class rejecting it. To have your vote counted, you must complete and return this ballot to:

> Thomas B. Woodward, Esq.
> Post Office Box 10058
> Tallahassee, FL 32302

All ballots must be received by 5:00 p.m. (E.S.T.) on October 6, 2008. Any ballot received after this time will not be counted.

The undersigned, a creditor of Olin Construction Company, Inc, and holder of a Class IV unsecured claim in the unpaid principle of $40,589.82 hereby:  ✓ accepts   or ____ rejects the Debtor's Plan of Reorganization.

Dated this _9_ day of _Sept_, 2008.

> Lonnie Meirer & Linda Humphries.
> Address: 351 Soloman Dairy Rd.
> Quincy, FL 32352
>
> _____
> _____

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE: OLIN CONSTRUCTION       CASE NO 08-40084-LMK
COMPANY, INC.

CHAPTER 11

Debtors.
_____/

## BALLOTS FOR ACCEPTING OR REJECTING
## DEBTOR'S PLAN OF REORGANIZATION

The Debtor's Amended Plan of Reorganization ("Plan) filed by Olin Construction Company, Inc can be confirmed by the Court and hereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in numbers of claims in each class, who have voted. In the event that requisites acceptance are not obtained, the Court may nevertheless confirm the "Plan" if the Court finds that the "Plan" accords fair and equitable treatment to the class rejecting it. To have your vote counted, you must complete and return this ballot to:

> Thomas B. Woodward, Esq.
> Post Office Box 10058
> Tallahassee, FL 32302

All ballots must be received by 5:00 p.m. (E.S.T.) on October 6, 2008. Any ballot received after this time will not be counted.

The undersigned, a creditor of Olin Construction Company, Inc, and holder of a Class IV unsecured claim in the unpaid principle of $337,000.00 hereby: __✓__ accepts  or  ____ rejects the Debtor's Plan of Reorganization.

Dated this _19_ day of _Sept_, 2008.

> Olin Properties, Inc.
> By: _Olin Grantham_
> Its: _President_
> Address: PO Box 180190
> Tallahassee, FL 32318

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE: OLIN CONSTRUCTION COMPANY, INC.

CASE NO 08-40084-LMK

CHAPTER 11

Debtors.
_____/

## BALLOTS FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION

The Debtor's Amended Plan of Reorganization ("Plan") filed by Olin Construction Company, Inc can be confirmed by the Court and hereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in numbers of claims in each class, who have voted. In the event that requisites acceptance are not obtained, the Court may nevertheless confirm the "Plan" if the Court finds that the "Plan" accords fair and equitable treatment to the class rejecting it. To have your vote counted, you must complete and return this ballot to:

> Thomas B. Woodward, Esq.
> Post Office Box 10058
> Tallahassee, FL 32302

All ballots must be received by 5:00 p.m. (E.S.T.) on October 6, 2008. Any ballot received after this time will not be counted.

The undersigned, a creditor of Olin Construction Company, Inc, and holder of a Class IV unsecured claim in the unpaid principle of $442,000.00 hereby:  ✓ accepts    or  ___  rejects the Debtor's Plan of Reorganization.

Dated this 19 day of Sept, 2008.

Olin Grantham
By: _Olin R. Grantham_
Its:
Address: 2600 Lucerne Drive
Tallahassee, FL 32303